UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-40017-FDS |
| | ) |
| CARL PARRY, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

**SAYLOR, D.J.**

WHEREAS, on June 1, 2006, the United States Attorney filed an Information charging defendant Carl Parry (the "Defendant") with Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(Count One);

WHEREAS, the Information also sought the forfeiture, as a result of committing the offense alleged in Count One of the Information, of (1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, pursuant to 18 U.S.C. § 2253, and such property included, but was not limited to, items seized by

1

law enforcement officials from the Defendant's residence on February 21, 2006;

WHEREAS, on January 3, 2007, the Defendant pled guilty to Count One of the Information, pursuant to a written plea agreement he signed on August 3, 2006, and in Section Eight of the plea agreement, the Defendant agreed to forfeit any and all assets subject to forfeiture, pursuant to 18 U.S.C. § 2253;

WHEREAS, on February 21, 2006, officers seized from the Defendant one HP Pavilion laptop DV4000, bearing serial number 2CE5320D7V (the "Property");

WHEREAS, on March 23, 2007, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the <u>Boston Herald</u> on June 14, 2007, June 21, 2007 and June 28, 2007; and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on July 30, 2007.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

3. All other parties, having any right, title, or interest in the Property, are hereby held in default.

/s/ F. Dennis Saylor IV
F. DENNIS SAYLOR IV
United States District Judge

Date: 8/28/07